UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

GEORGE ANGELO TOBI, )
        Plaintiff, )
         ) **JUDGMENT IN A CIVIL CASE**
V. ) **CASE NO. 5:16-cv-340-D**
         )
NORTH CAROLINA DEPARTMENT OF )
PUBLIC SAFETY, and ANN PRECYTHE, )
        Defendants. )

**Decision by Court.**
This action came before this Court for ruling as follows.

IT IS ORDERED, ADJUDGED, AND DECREED that the Eleventh Amendment bars plaintiff's claims against the state and Ann Precythe in her official capacity. Additionally, the court lacks subject-matter jurisdiction under 28 U.S.C. § 1331 or § 1332. Thus, the court GRANTS defendants' motion to dismiss for lack of subject-matter jurisdiction [D.E. 13].

**This Judgment Filed and Entered on December 29, 2016, and Copies To:**

George Angelo Tobi         (Sent to 133 Cricketgrass Drive Cary, NC 27513 via US Mail)

Tamika L. Henderson         (via CM/ECF Notice of Electronic Filing)

DATE:         JULIE RICHARDS JOHNSTON, CLERK
December 29, 2016         (By) /s/ Nicole Briggeman
        Deputy Clerk